UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

LOUISIANA COMMERCE AND TRADE
ASSOCIATION SELF INSURERS FUND

CIVIL ACTION

VERSUS

NO. 13-700-JJB-RLB

CERTAIN UNDERWRITERS AT LLOYD'S
LONDON SUBSCRIBING TO CONTRACT
NUMBER A1430B600/A2430B600

## RULING AFFIRMING AND ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATIONS

This matter is before the Court on the Plaintiff Louisiana Commerce and Trade Association Self Insurers Fund's Motion (doc. 6) to Remand. In the Report and Recommendations (doc. 13) of United States Magistrate Judge Richard Bourgeois, dated May 6, 2014, the Magistrate Judge recommended that the plaintiff's Motion (doc. 6) to Remand be denied. Subsequently, the plaintiff filed an Objection (doc. 14) to the Report and Recommendations.

The Magistrate Judge held that "Removal of this action was proper under 9 U.S.C. § 205 and that the court has subject matter jurisdiction under 9 U.S.C. § 203." The Court has considered the parties' arguments and the Report and Recommendations of United States Magistrate Judge Richard Bourgeois. The Court finds that the Magistrate Judge's findings of fact, conclusions of law, and recommendations are correct and that the plaintiff's written objection consists of arguments that have been properly considered and resolved by the Magistrate Judge.

After review, the Court hereby **AFFIRMS** and **ADOPTS** the Magistrate Judge's Report and Recommendations (doc. 13). Accordingly, the Court finds that the plaintiff's Motion (doc. 6) to Remand is **DENIED**.

Baton Rouge, Louisiana, this 14th day of July, 2014.

**JUDGE JAMES J. BRADY**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**